FILED
LODGED
RECEIVED

MAIL

DEC 22 2008

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

Mohamud, Muse Ali
(Name of Plaintiff)

vs.

OFFICER Aaron P. Johnson

OFFICER Darryl, M. Ambrosio

OFFICER ~~...~~

(Names of Defendants)

C08-1833 JCC M4T

CIVIL RIGHTS COMPLAINT
BY A PRISONER UNDER 42
U.S.C. § 1983

I. **Previous Lawsuits**:

   A. Have you brought any other lawsuits in any federal court in the United States while a prisoner:
   ☐ Yes      ☒ No

   B. If your answer to A is yes, how many?: _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

   1. Parties to this previous lawsuit:

      Plaintiff _____

      Defendants _____
      _____

1

2. Court (give name of District)

_____

3. Docket Number _____

4. Name of judge to whom case was assigned _____

5. Disposition (For example: Was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?)

_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. **Place of Present Confinement**: King County Jail

A. Is there a prisoner grievance procedure available at this institution?  ☐ Yes   ☒ No

B. Have you filed any grievances concerning the facts relating to this complaint?

☒ Yes   ☐ No

If your answer is NO, explain why not  there is not a grievance procedure avalible for the Seattle police Dept. I Did file a complaint with the City of seattle.

C. Is the grievance process completed?  ☒ Yes   ☐ No

If your answer is YES, **ATTACH A COPY OF THE FINAL GRIEVANCE RESOLUTION for any grievance concerning facts relating to this case.**

III. **Parties to this Complaint**

A. Name of Plaintiff: Mohamud, Muse Ali                 Inmate No.: _____   # 2080 28 253

Address: 500 5th ave Seattle, WA 98104

(In Item B below, place the full name of the defendant, his/her official position, and his/her place of employment. Use item C for the names, positions and places of employment of any additional defendants. Attach additional sheets if necessary.)

B. Defendant Aaron P. Johnson ; official position police officer ; place of employment Seattle police Dept,  .

C. Additional defendants  officer DarryL. M. Ambrosio and officer Tharp.

IV.  **Statement of Claim**

(State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including dates, places, and other persons involved.  Do not give any legal arguments or cite any cases or statutes.  If you allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.)

On 7-24-2008 at approx, 12:30 in the morning at 2468 Collage St. # C Seattle, WA 98101 I WAS located at this residence in a Back Bed-room and I heard a loud Bang no-person nocked on the Door or rang the Door Bell the Door kicked in. 2 people entered the room and told me to lay on the floor I complied and layed on the floor they said, they were police officers and I put my hand behind my back and they put handcuffs on me Then officer Aaron P. Jonnson kicked me in my right hip. Then kneeded my back, then the officer struck me 4 times in the face and ribs. Knocking me unconcious. I Did not regain consciouness entill I was picked up By another officer I Do not know what agency and Brought me to the King County Jail. This is a Direct violation of my 4th and 14th amendments and these officer act under the code and color of the Shield of the State of Washington, acted in excessive and violent manner, and I was arested unlawfully and falsely Imprisoned. These officers Did not have a Search warrant or a warrant for my person. This is under penalty of perjury under the laws of the United States of America.

*[signature]*

12-16-08

3

## V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I am asking the court to Award me damages in the amount of 100 million dollars in actual Damage's and another 75 million in Punitive Damages.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 16 day of December , 2008.

(Signature of Plaintiff)

4

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF Mohamud Muse Ali | COURT CASE NUMBER |
|---|---|
| DEFENDANT officer Aaron. P. Johnson | TYPE OF PROCESS 285 |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Mohamud Muse Ali<br>500 5th ave<br>Seattle, WA 98104 | Number of process to be served with this Form 285 **285** |
| | Number of parties to be served in this case **3** |
| | Check for service on U.S.A. **yes** |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Fold

This is to be served between the hours of 9am to 5 pm Mon - Fri.

Fold

| Signature of Attorney other Originator requesting service on behalf of: Mohamud, Muse Ali | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER 619-549-2652 | DATE 12.16.08 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|---|
| Address (*complete only different than shown above*) | | Date | Time | ☐ am<br>☐ pm |
| | | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Mohamud Muse Ali | |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Officer Darryl M. Ambrosio | 285 |

SERVE AT {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Mohamud Muse Ali 500 5th ave Seattle, WA 98104 | Number of process to be served with this Form 285 | 285 |
| | Number of parties to be served in this case | 3 |
| | Check for service on U.S.A. | yes |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Fold

This is to be served between the hours of 9am to 5pm mon-Fri

Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Mohamud Muse Ali | | 619-549-2652 | 12-16-08 |

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date / Time ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

Name Mohamud-Muse Ali
Bkg. # 208029253
King County Correctional Facility
500 Fifth Avenue
Seattle, WA 98104-2332

Hasler
$00.760
12/16/2008
Mailed From 98104
US POSTAGE

Clerk, U.S. District Court
U.S. Courthouse, lobby Level
700 Stewart Street
Seattle, WA 98101-1271

LEGAL
MAIL