UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| MUSE ALI MOHAMUD, | ) | CASE NO. C08-1833-JCC-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER DENYING PLAINTIFF'S |
| | ) | MOTION FOR SUMMARY |
| OFFICER AARON P. JOHNSON, et al., | ) | JUDGMENT AGAINST DEFENDANT |
| | ) | JOHNSON |
| Defendants. | ) | |
| _____ | ) | |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, (Dkt. No. 18), Plaintiff's Objections to the Report and Recommendation (Dkt. No. 19), and the balance of the record, does hereby find and ORDER:

(1) Plaintiff's Objections are OVERRULED;

(2) The Court adopts the Report and Recommendation;

(3) Plaintiff's Motion for Summary Judgment against Defendant Johnson (Dkt. 14) is DENIED; and

(4) The Clerk is directed to send copies of this Order to plaintiff, to counsel for

defendants, and to Judge Theiler.

DATED this 27th day of May, 2009.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER DENYING PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT AGAINST DEFENDANT JOHNSON
PAGE -2