UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MUSE ALI MOHAMUD,

          Plaintiff,

    v.

OFFICER AARON P. JOHNSON, et al.,

          Defendants.

Case No. C08-1833-JCC

ORDER DISMISSING CASE

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's claims against Defendant Johnson are DISMISSED WITHOUT PREJUDICE pursuant to Rule 4(m);

(3) Defendants' Motion for Summary Judgment of Dismissal (Dkt. No. 22) is GRANTED and this case is DISMISSED WITH PREJUDICE against Defendants D'Ambrosio and Thorp; and

//

ORDER
PAGE - 1

1    (4) The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendants

2        and to Judge Theiler.

3

4        DATED this 19th day of November, 2009.

5

6

7

8                                    _____

9                                    John C. Coughenour
                                     UNITED STATES DISTRICT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER
PAGE - 2