# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MUSE ALI MOHAMUD,

            Plaintiff,

   v.

OFFICER AARON P. JOHNSON, et al.,

            Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   C08-1833-JCC

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff's claims against Defendant Johnson are DISMISSED WITHOUT PREJUDICE pursuant to Rule 4(m); Defendants' Motion for Summary Judgment of Dismissal (Dkt. No. 22) is GRANTED and this case is DISMISSED WITH PREJUDICE against Defendants D'Ambrosio and Thorp; and the Clerk is directed to CLOSE THE CASE.

     Dated this 19th day of November, 2009.

                                      BRUCE RIFKIN

                        Clerk

                               /s/ *K.V. Lawrence*
                        Deputy Clerk